IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HUA CHEN, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No.   3:25-cv-00159-RAH-SMD |
| | ) |
| SAKURA BISTRO INC. and | ) |
| TING CHEN, | ) |
| | ) |
| *Defendants*. | ) |

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Defendants, Sakura Bistro Inc and Ting Chen, by and through counsel, respond as follows to the Complaint filed against them by Plaintiff Hua Chen:

**Defendants deny all material allegations in the Complaint and demand strict proof thereof. Furthermore, Defendants demand a jury trial.**

**WHEREFORE**, Defendants pray that the Complaint against them be dismissed, taxed to the Plaintiff. Defendants further seek their attorney's fees and costs.

Respectfully submitted this 4th day of April 2025.

/s/ Clay M. Phillips
CLAY M. PHILLIPS (PHI076)
Attorney for the Defendants.

Phillips Law Firm
341 Mendel Pkwy E
Montgomery, AL  36117
Phone:        334.277.8753
Fax:   334.279.8753
Email:  clay@clayphillipslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4th 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted.

/s/ Clay M. Phillips
CLAY M. PHILLIPS (PHI076)

Phillips Law Firm
341 Mendel Pkwy E
Montgomery, AL  36117
Phone:  334.277.8753
Fax:  334.279.8753
Email:  clay@clayphillipslaw.com